```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                         Plaintiff,         :
                                                            :          16 Cr. 763 (LGS)
             -against-                                      :
                                                            :                 ORDER
PAUL J. MATHIEU, et al.,                                    :
                                         Defendants,        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the Court received on October 29, 2018, an ex parte letter from defendant Lina Zhitnik requesting new counsel. Because the letter touches on matters of trial strategy, a copy of the letter is being provided only to Zhitnik's counsel and not to the Government, and is being filed under seal; it is hereby

   **ORDERED** that a conference will be held on **November 1, 2018, at 11:00 a.m.** to discuss this matter and possible impact on the trial date. Counsel for defendants Paul Mathieu, Hatem Behiry and Lina Zhitnik shall be present at the conference. Mathieu and Behiry may, but need not attend, and Zhitnik shall attend.

Dated: October 30, 2018
       New York, New York

                                           _____
                                           **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**