# Law Offices of Susan G. Kellman

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX(718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

December 11, 2019

**VIA ECF and EMAIL**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019
```

Re: *United States v. Lina Zhitnik*
16 Cr. 763 (LGS)

Dear Judge Schofield:

I write to respectfully request permission for my client, Lina Zhitnik, to travel, with her husband, to Boston, MA. The purpose of the trip is pick up their daughter from college and drive her back to Brooklyn for the winter recess.

With your Honor's permission, Ms. Zhitnik hopes to leave Brooklyn on the morning of December 20, 2019 – returning the same evening.

I have shared this information with AUSA David Lewis and PTS Officer Andrew Kessler-Cleary and neither has any objection to Ms. Zhitnik's proposed travel plans.

    The Court's attention to this request is greatly appreciated.

                      Respectfully submitted,

                        /s/

                      Susan G. Kellman

cc: Andrew Kessler-Cleary, PTSO
     AUSA David Lewis

     Lina Zhitnik

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 708.

Dated: December 11, 2019
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**