# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

December 24, 2019

<u>VIA ECF and EMAIL</u>
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2019
```

          Re:   *U.S. v. Lina Zhitnik*
                16 Cr. 763 (LGS)

Dear Judge Schofield:

    I write to respectfully request that your Honor extend Ms. Zhitnik's surrender date from January 17, 2020 until January 27th or 28th.

    I make this request because Ms. Zhitnik's family, and extended family, will still be at home on the 17th and leaving them then would be unnecessarily heart wrenching. Additionally, as of this letter, Ms. Zhitnik hasn't even received a designation.

    Government counsel has no objection to counsel's request.

    The Court's kind consideration of this request is appreciated.

                                Respectfully submitted,

                                /s/

                              Susan G. Kellman

cc:    All Counsel

Application Granted. Defendant Lina Zhitnik's surrender date is hereby extended to January 28, 2019. No further extension will be granted. The Clerk of the Court is directed to terminate the letter motion at docket number 720.

Dated: December 27, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE