# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 28, 2020

**VIA ECF and EMAIL**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020
```

Re: U.S. v. Lina Zhitnik
16 Cr. 763 (LGS)

Dear Judge Schofield:

Earlier today Ms. Zhitnik surrendered to the BOP facility in Danbury, CT. Thus, I am writing to request that your Honor direct the Pretrial Service Office to return Ms. Zhitnik's passport. I am not sure why this requires the Court's intervention – but apparently, it does.

Accordingly, counsel respectfully requests that your Honor endorse this letter and direct PTS to return Ms. Zhitnik's passport to her husband, Igor Zhitnik.

The Court's kind consideration of this request is appreciated.

Respectfully submitted,

/s/

Susan G. Kellman

cc: David Raymond Lewis
Stephen J. Ritchin
Timothy Capozzi
Asst. United States Attorneys

Application Granted. Pretrial Services is directed to release Defendant Zhitnik's passport to Mr. Igor Zhitnik. The Clerk of the Court is directed to terminate the letter motion at docket number 742.

Dated: January 28, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE